# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| DARRELL EUGENE JOHNSON, | Case No. 20-cv-01595-WHO (PR) |
|---|---|
| Petitioner, | |
| v. | **ORDER EXTENDING TIME** |
| JOSIE GASTELO, | |
| Respondent. | Dkt. No. 14 |

Petitioner Johnson's motion to extend the deadline to file an amended petition is GRANTED. (Dkt. No. 14.) The amended petition shall be filed on or before **October 13, 2020**.

The Clerk shall terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:** September 3, 2020



WILLIAM H. ORRICK
United States District Judge